# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBIN M. LEE,
          Appellant,

vs.

ALICIAS MOTEL, A/K/A DORA AND SONS,
          Respondent.

No. 73341

FILED

JUL 3 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order vacating a minute order dismissing appellant's motion for summary judgment and directing appellant to re-file, re-notice, and re-serve her motion for summary judgment by default. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the notice of appeal was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). The district court's order specifically directs appellant to take further action before the court will enter a final decision. We therefore conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-25277

cc:    Hon. Joseph Hardy, Jr., District Judge
       Robin M. Lee
       Bryan D. Ali
       Eighth District Court Clerk